UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **CESAR MARROQUIN,** | ) | Case No. CV 08-6990-PSG(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **JAMES D. HARTLEY,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: January 15, 2009

_____
Philip S. Gutierrez
United States District Judge